JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
VALERIE A. MACRIS, ESQ.
Nevada Bar No. 8168
DaCORSI, PLACENCIO & RUMSEY, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 889-6666
Fax: (702) 889-4810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL EXPERIENCE SPECIALISTS, INC., f/k/a GES EXPOSITION SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARKEN INTERNATIONAL, INC., d.b.a. THE COMFORT COMPANIES, INC., <br><br> Defendant. | CASE NO.: 2:10-cv-00318 <br><br> ORDER GRANTING |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between Plaintiff GLOBAL EXPERIENCE SPECIALISTS, INC. f/k/a GES EXPOSITION SERVICES, INC. and Defendant MARKEN INTERNATIONAL, INC. dba THE COMFORT COMPANIES, INC.,

///

///

///

///

F:\CLIENT FILES\GES CASES\MARKEN-COMFORT COMPANIES\PLEADINGS\Dismissal with Predjudice.wpd (JS)

1

1 | by and through their attorneys of record, that this matter is hereby dismissed with
2 | prejudice, each party to bear their own fees and costs.

Dated this 1st day of September, 2010

DaCORSI, PLACENCIO & RUMSEY, P.C.

*/s/ John R. DaCorsi*

JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
VALERIE A. MACRIS, ESQ.
Nevada Bar No. 8168
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: 702-889-6666
Facsimile: 702-889-4810
*Attorneys for Plaintiff*
GLOBAL EXPERIENCE SPECIALISTS,
INC. f/k/a GES EXPOSITION SERVICES
INC,

Dated this 1st day of September, 2010

SHERMAN & ASSOCIATES

*/s/ Robert L. English*

ROBERT L. ENGLISH, ESQ.
Nevada Bar No. 3504
7450 Arroyo Crossing Parkway Ste. 250
Las Vegas, Nevada 89113
Phone: 702-479-4350
Facsimile: 702-270-4602
*Attorneys for Defendant*
MARKEN INTERNATIONAL, INC.

## ORDER

**Pursuant to the parties' Stipulation, IT IS SO ORDERED.**

DATED this 12th day of October, 2010.

*Edward C. Reed*

UNITED STATES DISTRICT COURT JUDGE